In the Matter of the Claim of ALEXANDER STEIN against BRIGHT STAR BATTERY COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Stein* v. *Bright Star Battery Co.,* 183 App. Div. ——, affirmed.
(Argued April 29, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1918, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant, while in the employ of defendant battery company, was struck in the eye by a piece of steel which flew from a hatchet with which he was nailing a case, resulting in loss of the use of the eye. The award was contested on the ground of failure to serve written notice of the accident as required by section 18 of the Workmen's Compensation Law. The state industrial commission found that "Written notice of injury was not given to the employer within ten days after disability, but the employer was aware of the accident at the time of the happening thereof by reason of the claimant verbally reporting the injury to the chief shipping clerk, his immediate superior, whose duty it was to report such accident to the employer. The chief shipping clerk reported the accident to the president of the employer company; therefore, neither the employer nor insurance carrier was prejudiced by such failure."

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.